IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02412-PSF-PAC

SAHAR ALLEYNE,

     Plaintiff(s),

v.

MIDLAND MORTGAGE COMPANY;
MIDFIRST BANK;
STATE FARM INSURANCE;
SAFEGUARD PROPERTIES;
CHARLTON COMPANY;
LARRY EIRICH;
PRIDE INVESTMENTS;
MARQ WARNER;
STANLEY ALLEYNE;
HOPKINS TSCHETTER SULZER LAW FIRM;
VICTOR SULZER;
MARK TSCHETTER; AND
HOLLAND & HART;

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that plaintiff's Motion to Vacate Scheduling Conference [filed February 24, 2006; Doc. No. 25] is **denied** as follows:

     The Scheduling Conference set for **March 8, 2006 at 8:30 a.m.**, shall go forward as scheduled.  Plaintiff filed his complaint on November 29, 2005, over three months ago.  He has had sufficient time to find an attorney.  This case will not be delayed any longer because plaintiff does not yet have an attorney.  Plaintiff is reminded it is his responsibility to draft the scheduling order (due March 3, 2006) and present it to defendants for their input.

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated: February 28, 2006