IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02412-PSF-PAC

SAHAR ALLEYNE,

      Plaintiff(s),

v.

MIDLAND MORTGAGE COMPANY;
MIDFIRST BANK;
STATE FARM INSURANCE;
SAFEGUARD PROPERTIES;
CHARLTON COMPANY;
LARRY EIRICH;
PRIDE INVESTMENTS;
MARQ WARNER;
STANLEY ALLEYNE;
HOPKINS TSCHETTER SULZER LAW FIRM;
VICTOR SULZER;
MARK TSCHETTER; AND
HOLLAND & HART;

      Defendant(s).
_____

## **AMENDED** RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

Patricia A. Coan, Magistrate Judge

      Plaintiff alleges violations of the Federal Debt Collection Practices Act, 15 U.S.C. § 1692, and asserts state law tort claims.  This case was referred to the undersigned for pretrial case management and for recommendation on dispositive motions on December 2, 2005.

I.

      At the March 8, 2006 scheduling conference, plaintiff stated that she wished to

dismiss Stanley Alleyne, State Farm Insurance Company, and the Charlton Company from the action. There was no objection from those of the defendants present through counsel.

Since the Scheduling Conference, plaintiff has obtained counsel. He has filed an amended complaint, see Doc. #5, which names Stanley Alleyne, State Farm Insurance Company and Charlton Company. Counsel has not withdrawn the plaintiff's motions which are the subject of this Recommendation, nor has he clarified plaintiff's position with respect to the three defendants, Stanley Alleyne, State Farm Insurance Company and the Charlton Company.

Dismissal of State Farm and the Charlton Company is the focus of the Unopposed Motion by Plaintiff to Exclude State Farm Insurance and also Charlton Company as Separate from its Agent-Employee, Larry Eirich, from this Civil Action, Doc. # 20, filed February 15, 2006. Plaintiff also has moved in writing to dismiss Stanley Alleyne in her Unopposed Motion to Dismiss Stanley Alleyne from this Civil Action, Doc., # 31, because she has been unable to find Mr. Alleyne for purposes of service. On these facts, it is not clear whether plaintiff wishes to keep Stanley Alleyne, State Farm Insurance Company and the Charlton Company as defendants in this action.

II.

Accordingly, for the reasons stated, it is hereby

**RECOMMENDED** that the Unopposed Motion by Plaintiff to Exclude State Farm Insurance and also Charlton Company as Separate from its Agent-Employee, Larry

Eirich, from this Civil Action, Doc. # 20, be denied.  It is further

**RECOMMENDED** that plaintiff's Unopposed Motion to Dismiss Stanley Alleyne from this Civil Action, Doc., # 31, be denied.

**Within ten days after being served with a copy of the proposed findings and recommendation, any party may serve and file written objections to the proposed findings and recommendation with the Clerk of the United States District Court for the District of Colorado.  The district court judge shall make a de novo determination of those portions of the proposed findings or specified recommendation to which objection is made.  The district court judge may accept, reject, or modify, in whole or in part, the proposed findings or recommendations made by the magistrate judge.  The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.**

**Failure to make timely objections to the magistrate judge's recommendation may result in a waiver of the right to appeal from a judgment of the district court based on the findings and recommendations of the magistrate judge.**

Dated this 6th day of April 2006.

            BY THE COURT:
            <u>S/Patricia A. Coan</u>
            PATRICIA A. COAN
            United States Magistrate Judge

_____
The undersigned certifies that a copy of the foregoing Minute Order was served on April 6, 2006, by: (*) Delivery to; by: (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (***) facsimile to:

_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  05-cv-

     The undersigned certifies that a copy of the foregoing Order Setting Scheduling/Planning Conference  was served on April 6, 2006 by: (*) Delivery to; or by (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (***) facsimile to:

_____
Deputy Clerk