IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02412-PSF-PAC

SAHAR ALLEYNE,

    Plaintiff,

v.

MIDLAND MORTGAGE COMPANY;
MIDFIRST BANK;
STATE FARM INSURANCE;
SAFEGUARD PROPERTIES;
CHARLTON COMPANY;
PRIDE INVESTMENTS;
MARQ WARNER;
STANLEY ALLEYNE;
HOPKINS TSCHERTER SULZER LAW FIRM;
VICTOR SULZER;
MARK TSCHETTER; and
HOLLAND & HART,

    Defendants.

## ORDER GRANTING DISMISSAL OF DEFENDANT LARRY EIRICH

This matter is before the Court on the parties' Voluntary Dismissal of Defendant Larry Eirich (Dkt. # 70).  The parties have stipulated to the dismissal of Defendant Eirich with prejudice, each party to bear its own costs and attorney fees, and the Court will treat such stipulation as a motion for dismissal. The Court, therefore,

ORDERS that Larry Eirich is hereby DISMISSED with prejudice. This dismissal shall have no effect on any other party.  It is

FURTHER ORDERED that the caption is amended as reflected above to delete Larry Eirich as a party defendant.

DATED: April 19, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge