IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02412-PSF-PAC

SAHAR ALLEYNE,

      Plaintiff,

v.

MIDLAND MORTGAGE COMPANY; MIDFIRST BANK; STATE FARM INSURANCE; SAFEGUARD PROPERTIES; CHARLTON COMPANY; PRIDE INVESTMENTS; MARQ WARNER; STANLEY ALLEYNE; HOPKINS TSCHETTER SULZER LAW FIRM; VICTOR SULZER; MARK TSCHETTER; and HOLLAND & HART;

      Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      Defendants Midland Mortgage Company and MidFirst Bank filed a Motion for Clarification and Request for Extension on April 21, 2006 [doc. # 81], which seeks an extension of time on behalf of defendant Safeguard Properties, Inc.  According to the previously granted extension of time, which was sought by Midland Mortgage Company and MidFirst Bank, defendant Safeguard Properties Inc., is not (yet) represented by counsel.  FED.R.CIV.P. 11(a) requires all pleadings, motions, and other papers to be signed by an attorney of record for the party or (if the party is unrepresented) by the party. Defendant Safeguard Properties, Inc. is a corporation and is required to appear through counsel. IT IS HEREBY **ORDERED** that the Motion for Clarification [doc. # 81] by Midland Mortgage Company and MidFirst Bank, on behalf of an unrepresented corporation, Safeguard Properties, Inc. is **granted and the request for extension on behalf of Safeguard, Inc. is denied**.

Dated:  April 26, 2006