IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02412-PSF-PAC

SAHAR ALLEYNE,

    Plaintiff,

v.

MIDLAND MORTGAGE COMPANY;
MIDFIRST BANK;
STATE FARM INSURANCE;
SAFEGUARD PROPERTIES;
CHARLTON COMPANY;
PRIDE INVESTMENTS;
MARQ WARNER;
STANLEY ALLEYNE;
HOPKINS TSCHETTER SULZER LAW FIRM;
VICTOR SULZER;
MARK TSCHETTER; AND
HOLLAND & HART;

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Motion for Protective Order to Stay Discovery, filed May 9, 2006 (doc. # 95), by Defendants Hopkins, Tschetter, Sulzer, P.C., Mark Tschetter, and Victor Sulzer is **granted and all discovery relating to claims against them is stayed pending resolution of their motion to dismiss**. The defendants' request for a protective order relating to the deposition of Mark Tschetter is accordingly **denied as moot.**

Dated:  May 10, 2006