IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02412-PSF-PAC

SAHAR ALLEYNE,

    Plaintiff(s),

v.

MIDLAND MORTGAGE COMPANY;
MIDFIRST BANK;
STATE FARM INSURANCE;
SAFEGUARD PROPERTIES;
CHARLTON COMPANY;
LARRY EIRICH;
PRIDE INVESTMENTS;
MARQ WARNER;
STANLEY ALLEYNE;
HOPKINS TSCHETTER SULZER LAW FIRM;
VICTOR SULZER;
MARK TSCHETTER; AND
HOLLAND & HART,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that plaintiff's Third Motion to Amend the Scheduling Order, filed July 13, 2006 [doc. #120], is **denied** for lack of good cause shown as required by Fed.R.Civ.P. 16(b).

Dated:  July 26, 2006