IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02412-PSF-PAC

SAHAR ALLEYNE,

      Plaintiff,

v.

MIDLAND MORTGAGE COMPANY;
MIDFIRST BANK;
STATE FARM INSURANCE;
SAFEGUARD PROPERTIES;
CHARLTON COMPANY;
PRIDE INVESTMENTS;
MARQ WARNER;
STANLEY ALLEYNE;
HOPKINS TSCHERTER SULZER LAW FIRM;
VICTOR SULZER;
MARK TSCHETTER; and
HOLLAND & HART,

      Defendants.

---

## ORDER SETTING HEARING

---

This matter is before the Court on the Recommendation of United States

Magistrate Judge (Dkt. # 115), filed June 19, 2006, Plaintiff's Objection to the

Recommendation (Dkt. # 116), filed June 29, 2006, and Plaintiff's Appeal of Magistrate

Judge Order Denying Third Amendment to the Scheduling Order (Dkt. # 128), filed

August 7, 2006.  The Court hereby sets plaintiff's objection and appeal for hearing

before the undersigned on **Tuesday, August 22, 2006 at 11:00 a.m.** in the United

2

States District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado.

DATED: August 8, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge