**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: LaDonne Bush  
Court Reporter: Darlene Martinez

Date: August 22, 2006

Civil Action No. 05-cv-02412-PSF-PAC

| *Parties:* | *Counsel:* |
|---|---|
| SAHAR ALLEYNE, | Nelson Alston |
| Plaintiff, | |
| v. | |
| MIDLAND MORTGAGE COMPANY; | |
| MIDFIRST BANK; | |
| STATE FARM INSURANCE; | |
| SAFEGUARD PROPERTIES; | |
| CHARLTON COMPANY; | |
| PRIDE INVESTMENTS; | Jan Westman |
| MARQ WARNER; | |
| STANLEY ALLEYNE; | |
| HOPKINS TSCHETTER SULZER LAW FIRM; | Wes Wollenweber |
| VICTOR SULZER; | |
| MARK TSCHETTER; and | |
| HOLLAND & HART, | Timothy Gordon |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Motion Hearing**

**4:01 p.m.     Court in session.**

**ORDERED:** Larry Eirich's Motion to Dismiss (Doc. 13) is denied as moot.

Argument by Messrs. Gordon and Alston.

**ORDERED:** Motion to Dismiss Complaint as Against Holland & Hart LLP for Lack of Subject Matter Jurisdiction (Doc. 8) is denied as moot.

**ORDERED:** Motion to Dismiss (Doc. 52) is denied as moot.

**ORDERED:** With regard to Motion to Dismiss (Doc. 55), Holland & Hart is dismissed with prejudice.

**ORDERED:** Court accepts in part and rejects in part the Recommendation of United States Magistrate Judge (Doc. 115).

Argument by Messrs. Wollenweber and Alston.

**ORDERED:** Hopkins Tschetter Sulzer Defendants' Motion to Dismiss (Doc. 6) is taken under advisement.

Argument by Mr. Westman.

**ORDERED:** Motion to Dismiss Complaint Against Marq Warner and Pride Investment (Doc. 84) is granted.

**4:46 p.m.    Court in recess.**

Hearing concluded.
Time: 00:45