IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02412-PSF-PAC

SAHAR ALLEYNE,

    Plaintiff(s),

v.

MIDLAND MORTGAGE COMPANY;
MIDFIRST BANK;
STATE FARM INSURANCE;
SAFEGUARD PROPERTIES;
CHARLTON COMPANY;
LARRY EIRICH;
PRIDE INVESTMENTS;
MARQ WARNER;
STANLEY ALLEYNE;
HOPKINS TSCHETTER SULZER LAW FIRM;
VICTOR SULZER;
MARK TSCHETTER; AND
HOLLAND & HART,

    Defendant(s).

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Stipulated Motion to Approve Protective Order on Confidentiality of Records (Doc. #147) is **GRANTED**.

    The Protective Order of Confidentiality of Records is **APPROVED** as amended in paragraph 5 and made an Order of the Court.

Dated: November 21, 2006