IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02412-PSF-PAC

SAHAR ALLEYNE,

     Plaintiff(s),

v.

MIDLAND MORTGAGE COMPANY, *et al.,*

     Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that Defendant Midland Mortgage Co. and Defendant Midfirst Bank's Motion to Amend the Scheduling Order, Vacate the Pretrial Conference, and Set a Status Conference, filed November 28, 2006 (Doc. #153), is **GRANTED** in part, as follows:

     The Final Pretrial Conference set for **December 12, 2006 at 9:30 a.m.** is *changed to* a **hearing** on Defendants' Motion to Amend Scheduling Order, filed November 28, 2006. It is

     **FURTHER ORDERED** that plaintiff's response to Defendant Midland Mortgage Co. and Defendant Midfirst Bank's Motion to Amend the Scheduling Order, . . . filed November 28, 2006 (Doc. #153) is due **on or before December 10, 2006.**

Dated:  December 4, 2006