**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-CV-02412-PSF-PAC

SAHAR ALLEYNE, an individual,

Plaintiff,

v.

MIDLAND MORTGAGE COMPANY, et al.,

Defendants.

---

**ORDER ON
DEFENDANT MIDLAND MORTGAGE CO. AND
DEFENDANT MIDFIRST BANK'S
MOTION TO AMEND THE SCHEDULING ORDER,
VACATE THE PRETRIAL CONFERENCE, AND
SET A STATUS CONFERENCE**

---

This Court has reviewed defendant Midland Mortgage Co. and defendant MidFirst Bank's Motion to Amend the Scheduling Order, Vacate the Pretrial Conference, and Set a Status Conference. Docket #153. On December 12, 2006, this Court heard oral arguments from the plaintiff and the remaining defendants concerning this Motion. This Court, being duly advised,

**HEREBY ORDERS:**

1.      Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Coan's chambers on or before **March 29, 2007**. This Updated Confidential Settlement Statement shall outline the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

        A.      The Updated Confidential Settlement Statement shall be 15 pages or less and shall be sent via email in PDF format to Coan_Chambers@cod.uscourts.gov.

B.      All additional settlement material (e.g., deposition transcripts, documents) shall be submitted to the Court as hard copies. Counsel shall indicate in their email if they are submitting additional information for the Court to read.

C.      Any additional material shall be delivered to the Office of the Clerk of the Court in an envelope marked "PERSONAL PER MAGISTRATE JUDGE COAN'S INSTRUCTIONS."

2.      a Settlement Conference is set for **April 3, 2007 at 1:30 p.m.** Client(s) and/or client representative(s) with settlement authority <u>may</u> participate by telephone. Client(s) and/or representative(s) shall be available as needed during the course of the Settlement Conference. Attorneys shall be present in person for the Settlement Conference.

3.      the Discovery Cutoff is enlarged to be through and including **May 1, 2007**;

4.      the Dispositive Motions Deadline is enlarged to be through and including **June 1, 2007**;

5.      a Final Pretrial Conference is set for **July 17, 2007 at 9:30 a.m.** The Final Pretrial Order is due no later than five days before the Final Pretrial Conference (**July 12, 2007**).

DATED: December 13, 2006           BY THE COURT:

United States Magistrate Judge

O. EDWARD SCHLATTER