IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02412-PSF-PAC

SAHAR ALLEYNE,

    Plaintiff(s),

v.

MIDLAND MORTGAGE COMPANY;
MIDFIRST BANK;
STATE FARM INSURANCE;
SAFEGUARD PROPERTIES;
CHARLTON COMPANY;
LARRY EIRICH;
PRIDE INVESTMENTS;
MARQ WARNER;
STANLEY ALLEYNE;
HOPKINS TSCHETTER SULZER LAW FIRM;
VICTOR SULZER;
MARK TSCHETTER; AND
HOLLAND & HART,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Plaintiff's Motion to Stay Proceedings for Six Months (Doc. #173) is **GRANTED** in part, as follows.  This action is **STAYED** until **August 23, 2007** because of plaintiff's serious medical condition which prevents him from continuing litigation at this time.  It is

    FURTHER **ORDERED** that plaintiff shall file a **status report on or before August 23, 2007** advising the court whether plaintiff is medically able to prosecute this action.  If not, plaintiff may be required to file supporting medical documentation under seal.  It is

    FURTHER **ORDERED** that the Settlement Conference set for May 15, 2007 and the Final Pretrial Conference set for July 17, 2007 are **vacated**.

Dated:  April 23, 2007