IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02412-PSF-KLM

SAHAR ALLEYNE,

      Plaintiff(s),

v.

MIDLAND MORTGAGE COMPANY;
MIDFIRST BANK;
STATE FARM INSURANCE;
SAFEGUARD PROPERTIES;
CHARLTON COMPANY;
LARRY EIRICH;
PRIDE INVESTMENTS;
MARQ WARNER;
STANLEY ALLEYNE;
HOPKINS TSCHETTER SULZER LAW FIRM;
VICTOR SULZER;
MARK TSCHETTER; AND
HOLLAND & HART,

      Defendant(s).
_____

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      By Minute Order dated September 6, 2007, I ordered Plaintiff to submit evidence of her medical condition and her competency to assist counsel in prosecution of her case to this Court on or before October 22, 2007 [Docket No. 184].

      As of October 23, 2007, Plaintiff has failed to respond to the Order and to submit evidence regarding her medical condition and competency.

      Accordingly, I respectfully recommend that this case be **administratively closed**, subject to reopening for good cause, pursuant to D.C.Colo.L.Civ.R.41.2.

Dated October 23, 2007